**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Jacquelin Dohrman,                                      No. 25-cv-4794 (KMM/DLM)

      Petitioner,

v.                                                                        **ORDER**

FCI Waseca,

      Respondent.

---

On December 29, 2025, Petitioner Jacquelin Dohrman filed a Petition for a Writ of Habeas Corpus alleging that conditions at the Federal Correctional Institution in Waseca, where she is incarcerated, violated her constitutional rights. (Dkt. 1 at 1.) The following day, the Clerk of Court informed Ms. Dohrman by letter that she must submit either her filing fee or an Application to Proceed Without Prepayment of Fees within 15 days, or her case "could be summarily dismissed without prejudice." (Dkt. 2.) She did neither.

On January 29, 2026, well after the 15-day deadline had passed, United States Magistrate Judge Douglas L. Micko filed his Report and Recommendation (R&R) (Dkt. 4) recommending that the action be dismissed without prejudice under Rule 41(b) of the Federal Rules of Civil Procedure for failure to prosecute. No objections have been filed. Based on the Court's review, there is no clear error, and the Court adopts the R&R. *Nur v. Olmsted County*, 563 F. Supp. 3d 946, 949 (D. Minn. 2021) (citing Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam)) (stating that a court reviews an unobjected-to R&R for clear error).

## ORDER

For the foregoing reasons, **IT IS HEREBY ORDERED that**:

      1.     The Magistrate Judge's Report and Recommendation (Dkt. No. 4) is **ACCEPTED**;

      2.     This matter is **DISMISSED WITHOUT PREJUDICE**.

**Let judgment be entered accordingly.**

Date: March 31, 2026

                             *s/Katherine M. Menendez*
                             Katherine M. Menendez
                             United States District Judge